6885. GRAND UNITED ORDER OF WISE MEN *v.* CHANEY.

BROYLES, J. The court erred in directing a verdict for the plaintiff, as the evidence introduced, with all reasonable deductions or inferences therefrom, did not demand such a finding. *Judgment reversed.*

DECIDED MAY 18, 1916.

Action on insurance policy; from municipal court of Macon— Judge Chambers. July 23, 1915.

*A. T. Walden,* for plaintiff in error.

*C. J. Johnson,* contra.